**Order entered August 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-01178-CV**
**No. 05-13-01179-CV**
**No. 05-13-01180-CV**
**No. 05-13-01181-CV**

## IN RE TROY LEE PERKINS, RELATOR

Original Proceeding from the 282nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F07-00645-S, F07-71769-S, F07-71970-S, and F07-71990-S

## ORDER

Based on the Court's opinion of today's date, we **DISMISS** relator's petition for writ of

mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/     LANA MYERS
JUSTICE